IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**FAIRFAX DIANE RILEY**                                                          **PLAINTIFF**

VS.                                          4:06CV001535 JMM

**DEPARTMENT OF HUMAN SERVICES, ET. AL.**                  **DEFENDANTS**

## ORDER

On October 23, 2006 the Court entered an Order denying Plaintiff's motion to proceed *in forma pauperis* and directing Plaintiff to pay the filing fee on or before November 13, 2006. The Court warned Plaintiff that if she failed to pay the filing fee her case would be dismissed without prejudice. Plaintiff failed to comply with the Court's Order. Accordingly, Plaintiff's complaint is hereby dismissed without prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 10th day of July, 2009.

_____
James M. Moody
United States District Judge